**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

**STANLEY ORAKWUE,** and **JERRY EGWU** Individually, and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

**RILEY GEOLOGICAL CONSULTANTS, INC.** and **RONALD D. RILEY,**

Defendants.

Civil Action No.: 5:13-CV-00122-C

**NOTICE OF DISMISSAL**

COMES NOW Plaintiffs in the above captioned action and file this their notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff filed their Complaint on May 21, 2013. The Defendants in this matter have not been served. The Defendants in this matter have not served an answer or a motion for summary judgment.

This Notice of Dismissal is filed without prejudice to refilling.

Dated: May 24, 2013

Respectfully submitted,

BY *_/s/ Charles W. Branham, III______*

Charles W. Branham
State Bar No. 24012323
BRANHAM LAW, LLP
3900 Elm Street
Dallas, Texas 75226
Telephone: 214.722-5990
Facsimile: 214.722-5991

-And-

**JTB LAW GROUP, LLC**
Jason T. Brown
State Bar No. 3592-1996
155 2nd Street, Suite 4
Jersey City, NJ 07302
(201) 630-0000 (office)
(855) 582-5297 (fax)
*Pro Hac Vice Pending*

*Attorneys for Plaintiffs*